In The United States
District court for The Southern
District of Illinois.

United States of America          criminal no: 19-cr-40081-JPG
                  Plaintiff
              v.
Donald V. Snowden
              Defendant

                              Motion for release Pending
                              Sentence for The following
P. 1 of 5                      reasons.

on April 14th, 2022, a jury verdict returned a
guilty verdict on a conspiracy to distribute
and a distribution of methamphetamine. Appeal
rights are reserved. on April 14th, 2022 the
seventh circuit court of appeals stated that
I didn't file the appropriate motion for bond,
and reccommended I file the appropriate motion,
and adhere to rules 8, 9, and 27 of the federal
rules of appellate procedure and circuit rules
8 and 9. This is from an order in regards to appeal
no. 22-1619. Attorney Paul Sims told me to file that
bond motion, which wasn't the right one to file so
I don't know why he done that other than to

P. 2 of 5

make me look bad to the appellate court. There are several reasons to be released pending Sentence. The First reason is to work on sentence considerations to receive an appropriate sentence before appeal. Another reason is maybe to work on negotiations when my civil lawsuit is remanded back to the District court. I told Paul sims to wait for trial so I can do something with the lawsuit so there were no inconsistancies, but he said the government was ready "all or nothing". I can also do programs while awaiting sentencing such as programs in the halfway house, but not limited to. I've been in the county jail and there's no school programs, no job training, no councelling, just nothing. There's no alcohol or drug classes, nothing to help with sentencing factors. I've been in the county jail close to 3 years of doing nothing to help rehabilitate myself in the areas needed. I've been on bond in the past, and turned myself in to sentencing on February 6th, 2013 on a 4 year sentence to the Illinois Department of correction. When I was released on February 6th 2015, I completed 90 days halfway house and house arrest in marion, Illinois centerstone. I also completed parole successfully. I was not on parole or probation when the crime was committed. I have no open cases pending. On August 2nd, DEA and Carbondale Police

P. 3 of 5

officers released me back to society after
the drug purchase on August 1st. No other charges
came about from then until September 12th when I
was arrested on this case. No witnesses were threatened
or intimidated, I did not flee the area, I did not
commit other crimes. Those 40 days should be taken
into consideration. It should be treated as being out
on bond. I have strong ties to the community. Six brothers
and sisters in Carbondale, IL. Seven of my ten children
lives in Carbondale, IL and Herrin, IL. One daughter in
DuQuoin, IL, one granddaughter in DuQuoin, and one
granddaughter in the murphysboro, IL area, and one
grandson in Carbondale, IL. I won't never leave them and
put myself in a position to not ever see them again. I won't
miss any court dates. I will do programs and work on
sentence considerations. In Swanquist 125 F.3d 573, 575-576
(7th cir. 1997) A recitation of the statutory language "devoid
of any discussion analysis, or explanation as to why the
district court concluded that the criteria for release
had not been met" cannot justify detention even after
conviction, when the presumption of innocence has
been extinguished. Judge must weigh factors listed
in 18 U.S.C. 3142(g) A defendant charged with a
serious drug crime, is subject to a rebutable

P. 4 of 5

presumption that there are no conditions that will assure his appearance and the safety of the community. Id §§ 3142 (E)(3)(A) This places a light burden of production on the defendant, but the burden of persuasion always rest with the government, and an unrebuted presumption is not by itself, an adequate reason to order detention. U.S. v. Dominguez 783 F.2d 702, 706-07 7th cir. 1986 I can do house arrest, with GPS monitoring to assure my whereabouts and curfew. I can do a halfway house, and program there, and get a job. I can report to probation daily with drug and alcohol testing. I can also be released to the custody of my mother who will supervise me and report any violations of conditions of release. I will comply with all conditions of release. I have an associate Degree, 2 construction vocational trades, one vocational trade in Horticulture, and a total of close to 140 college credits. I have programs helping with letters and recommendations to the judge for sentencing also. I will not miss court, and I also have the civil lawsuit that will require me to show up for court. I hope this court takes this motion for release pending sentencing in consideration. I will not be a danger or flight risk with the stipulations mentioned and comply with the conditions of release. I need to get my affairs in order, I have kids and grandkids.

P. 4 of 5

presumption that there are no conditions that will assure his appearance and the safety of the community. Id §§ 3142(E)(3)(A) This places a light burden of production on the defendant, but the burden of persuasion always rest with the government, and an unrebuted presumption is not by itself, an adequate reason to order detention. U.S. v. Dominguez 783 F.2d 702, 706-07 7th cir. 1986 I can do house arrest, with GPS monoriting to assure my whereabouts and curfew. I can do a halfway house, and program there, and get a job. I can report to probation daily with drug and alcohol testing. I can also be released to the custody of my mother who will supervise me and report any violations of conditions of release. I will comply with all conditions of release. I have an associate Degree, 2 construction vocational trades, one vocational trade in Horticulture, and a total of close to 140 college credits. I have programs helping with letters and reccommendations to the judge for Sentencing also. I will not miss court, and I also have the civil lawsuit that will require me to show up for court. I hope this court takes this motion for release pending sentenceing in consideration. I will not be a danger or flight risk with the stipulations mentioned and comply with the conditions of release. I need to get my affairs in order, I have kids and grandkids.

P. 5 of 5

## Certificate of Service

I, Donald V. Snowden, hereby certify,
that I mailed with paid postage, a motion for
release pending sentence, to the clerk of court, U.S.
District Court 301 W. main ST. Benton, IL 62812, on April 20, 2022

Donald V. Snowden

Clerk                                        Donald V. Snowden
U.S. District court                          1001 mulberry ST.
301 W. main ST.                              Murphysboro, IL
Benton, IL 62812                                    62966

Donald V. Snowden
1001 mulberry st.
Murphysboro, IL 62966

Legal
mail

Clerk
U.S. District Court
301 W. Main ST
Benton, IL 62812

SAINT LOUIS MO 630
22 APR 2022 PM 6 L

MAIL CLEARED
US MARSHALS

INMATE MAIL

USA ★ FOREVER

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

"Legal mail"

"Legal mail"

BENTON OFFICE
SOUTHERN DISTRICT OF ILLINOIS
CLERK, U.S. DISTRICT COURT

APR 25 2022

RECEIVED

FSC
MIX
Envelope
FSC® C137131